UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHUKRULLO TAVUROV,

                Petitioner,

    v.

KRISTI LYNN ARNOLD NOEM, et al.,

                Respondent.

Case No. 2:26-cv-00668-TLF

ORDER TO SHOW CAUSE AND
DIRECTING STATUS REPORT

(1) **Order to Show Cause.** Petitioner is represented by counsel in this 28 U.S.C. § 2241 immigration habeas action. Upon reviewing the record, the Court notes the petition (Dkt. 6) is not signed by petitioner nor properly verified by counsel. *See* 28 U.S.C. § 2242 (Habeas petitions must be verified "by the person for whose relief it is intended or by someone acting in his behalf."). Pursuant to Local Rules, W.D. Wash. ("LCR") 100, where a petition is not signed by the person in custody, the person signing the petition

> shall verify the same on behalf of such party in custody, and shall set forth therein the reason why it is not made and verified by the party in custody, and shall state he or she knows the facts set forth therein, or if upon information and belief, the sources of his or her information shall be stated.

LCR 100(e).

ORDER TO SHOW CAUSE AND DIRECTING STATUS
REPORT - 1

Petitioner's counsel is directed to submit a proper verification either from petitioner or pursuant to LCR 100(e) **by April 10, 2026**, as an attachment to a praecipe pursuant to the Western District of Washington Local Civil Rule 7, subsection (m).

(2) **Order for status report, or joint status report**. Petitioner's reply was untimely as it did not comply with the deadline in the briefing schedule. *See* Dkt. 4. Petitioner did not request an extension, or provide a stipulation of the parties, or provide any explanation for the late filing. *See* LCR 7(j).

Accordingly, **by April 10, 2026**, the petitioner's counsel shall file a status report (if respondent stipulates, or states that they do not object, and respondents agree the reply may be considered, then it shall be a Joint Status Report, and must also be signed by respondent's counsel) explaining why the reply was filed late; if respondents' counsel objects to the Court's consideration of the late filing; or if the parties stipulate that the reply may be considered. If respondent objects, they may file a response to the petitioner's status report on or before **April 15, 2026**. No reply concerning the status report will be filed.

The Clerk is directed to re-note the matter for the Court's consideration (Dkt. 7) on **April 15, 2026**. The Clerk shall provide a copy of this order to counsel for both parties.

Dated this 6th day of April, 2026.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE AND DIRECTING STATUS
REPORT - 2